lam County, No. 84–1–00010–3, William E. Howard, J., entered April 20, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.

[No. 6859–5–III.   Division Three.   July 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
E. R., *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 84–1–00204–6, Duane E. Taber, J., entered December 4, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 7101–4–III.   Division Three.   July 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WILL
ARTHUR STUBBLEFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 75433, James B. Mitchell, J., entered May 2, 1985. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 7315–7–III.   Division Three.   July 3, 1986.]

*In the Matter of the Marriage of* BONNIE JEAN
GRAY, *Appellant, and* AARON LEE
BURKHART, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 85–3–00043–7, Charles W. Cone, J., entered August 19, 1985. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.